IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
OCT 11 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–5–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ADAM WALTER CAMPBELL, | |
| Defendant. | |

The United States having filed an Unopposed Motion for Leave to File Exhibits Under Seal (Doc. 25),

IT IS ORDERED that the Government's Motion (Doc. 25) is GRANTED. The Clerk of Court is directed to file the four exhibits (Docs. 26; 26-1; 26-2; 26-3) under seal in the record.

DATED this 11th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-