IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–5–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ADAM WALTER CAMPBELL, | |
| Defendant. | |

IT IS ORDERED that the United States' Unopposed Motion to Allow Witness Testimony Via Video (Doc. 28) is DENIED AS MOOT.

DATED this 17th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court