FILED

JAN 15 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18-05-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| ADAM WALTER CAMPBELL, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of using and maintaining premises for manufacturing and distributing marijuana in violation of 21 U.S.C. § 856(a)(1) as set forth in Count III of the Indictment. Further, in lieu of the forfeiture allegation in the Indictment, Defendant agrees to the entry of a money judgment of $100,000 subject to the conditions described in the parties' Plea Agreement. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I and II of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against him, and an informed and voluntary admission and agreement to the entry of judgment in lieu of forfeiture;

2. That the Defendant is aware of the nature of the charge against him and the consequences of pleading guilty to the charge;

3. That the Defendant understands the his agreement to the entry of a judgment and the consequences of his agreement;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him, and agreeing to the entry of judgment;

5. That both his plea of guilty to the criminal offense charged against him and his agreement to the entry of judgment are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the agreed judgment in lieu of forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are

true. Therefore, I recommend that the Defendant be adjudged guilty of Count III of the Indictment, that sentence be imposed, and that the agreed entry of judgment in lieu of forfeiture be imposed against Defendant. I further recommend that Counts I and II of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 15th day of January, 2019.

*/s/ Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge