IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM WALTER CAMPBELL,<br><br>Defendant. | CR 18–05–BU–DLC<br><br><br><br>ORDER |

    Before the Court is Defendant Adam Walter Campbell's Unopposed Motion for Early Termination of Supervised Probation. (Doc. 65.) Campbell's three-year term of supervised release began on May 30, 2019. Consequently, Campbell has satisfied both the statutory temporal threshold for early termination, pursuant to 18 U.S.C. § 3583(e)(1), and this Court's policy that it will not grant early relief from supervision before the two-thirds mark. Moreover, Campbell represents that the government does not object to early termination.

    The problem with his motion is that Campbell provides absolutely no argument or analysis of the factors the Court must consider before granting a defendant's request for early termination of supervision. 18 U.S.C. § 3583(e). Without argument, the Court is left to speculate, for example, about whether early termination will benefit Campbell or set him back as it relates to his employment

1

or other vocational training.  *See* 28 U.S.C. § 3553(a)(2)(D).  Such analysis need not be exhaustive, but the Court cannot consider the relevant factors in a void.

Accordingly, IT IS ORDERED that the motion (Doc. 65) is DENIED, subject to renewal if Campbell provides the Court with some basis for considering the factors required by statute.

DATED this 2nd day of August, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court